ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Sealift, Inc. )        ASBCA Nos. 58817, 59142
)
Under Contract No. HTC711-09-D-0043 )

APPEARANCES FOR THE APPELLANT:        Brian A. Bannon, Esq.
                                      Lucas T. Hanback, Esq.
                                        Blank Rome LLP
                                        Washington, DC

                                      Brian S. Gocial, Esq.
                                        Blank Rome LLP
                                        Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:       Lt Col James H. Kennedy III, USAF
                                        Air Force Chief Trial Attorney
                                      Anna F. Kurtz, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 3 December 2014

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58817, 59142, Appeals of Sealift, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals